**STEPHEN EDWARD HOFFMAN**
California State Bar No. 90495
105 West F Street, Suite 205
San Diego, California 92101
Telephone: (619) 851-8444
hbfandjm@aol.com

Attorney for Defendant
Graciela I. Arellano Herrera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 15CR2942-CAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S SENTENCING GUIDELINE SUMMARY CHART** |
| ) | |
| **GRACIELA I. ARELLANO HERRERA,** ) | |
| ) | DATE: March 11, 2016 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | |

      Defendant Graciela I. Arellano Herrera through her attorney Stephen Edward Hoffman, hereby submits the attached Sentence Guideline Summary Chart.

Dated: February 10, 2016      Respectfully Submitted,

                                    *s/ Stephen Edward Hoffman*
                                    STEPHEN EDWARD HOFFMAN
                                    Attorney for Defendant Ms. Arellano Herrera

# DEFENDANT'S SENTENCING SUMMARY CHART

Defendant's Name: Graciela I. Arellano Herrera    Docket No. 15cr2942-CAB

Guideline Manual Used: November 1, 2015    Agree with USPO Calc: NO

Base Offense Level: (Drug Quantity, if applicable:)14.18 Kilos Meth Mixture

| | |
|---|---|
| USSG Section 2D.1.1 | 34 |
| USSG Section 2D1.1(a)(5) Reduced for Role | 31 |

Specific Offense Characteristics:

USSG Section

| | |
|---|---|
| Adjustment for Role in Offense: | -2 |
| Adjusted Offense Level: | 29 |

___ Combined (Mult. Counts) ___ Career Off. ____ Armed Career Crim.

| | |
|---|---|
| Adjustment for Acceptance of Responsibility: | -3 |
| Adjusted Offense Level: | 26 |
| Criminal History Score: | 2 |
| Criminal History Category: | II |
| Guideline Range: | 63-78 months |

(Range limited by: ___ minimum mand. __ stat. Maximum.___)

Departures:

| | |
|---|---|
| USSG Section 5K3.1 Fast Track | -4 |
| USSG Section Combination of Factors or Variance | -3 |
| Total Offense Level: | 19 |
| Resulting Guideline Range: | 33-41 months |

Recommended Sentence:   33 months custody, plus 3 years supervised release