# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon all parties via electronic email:

Christopher Michael Alexander
Christopher.M.Alexander@usdoj.gov,usacas.sentencing@usdoj.gov,efile.dkt.gc1@usdoj.gov

Stephen Edward Hoffman
hbfandjm@aol.com

Dated: February 10, 2016         *s/ Stephen Edward Hoffman*
                                 STEPHEN EDWARD HOFFMAN
                                 Attorney at Law
                                 136 Redwood Street
                                 San Diego, California 92103
                                 (619) 574-1888 (tel)
                                 (619) 220-0185 (fax)
                                 email: hbfandjm@aol.com