UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>GRACIELA ARELLANO HERRERA,<br><br>                             Defendant. | Case No.:  15cr2942-CAB; 20cv1422-CAB<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST FOR COURT ORDER TO REQUIRE DETENTION CENTER ACCESS TO ATTORNEY-CLIENT COMMUNICATIONS AND ACCESS TO AN IN-PERSON OR TELEVIDEO FORENSIC MEDICAL EVALUATION [Doc. No. 35]** |

On July 24, 2020, Petitioner filed a Request for Court Order to Require Detention Center Access to Attorney-Client Communications and Access to an In-Person or Televideo Forensic Medical Evaluation. [Doc. No. 35.]

Petitioner's request is **DENIED WITHOUT PREJUDICE**.  Petitioner may renew the request if she can provide authority that this Court has jurisdiction in this matter to

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1

issue the relief requested against a non-party.

IT IS SO ORDERED.

Dated: July 28, 2020

Hon. Cathy Ann Bencivengo
United States District Judge