February 24, 2016

Mr. Christopher M. Alexander
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Re: *U.S. v. Graciela I. Arellano-Herrera*, Case No. 15cr2942-CAB
Sentencing Date: March 11, 2016

Dear Christopher,

My client Graciela Arellano is scheduled for sentencing on March 11, 2016. Unfortunately, because she has 2, rather than 1 Criminal History Points, Ms. Arellano is ineligible for the "safety valve" reduction.

I will however be requesting that Judge Bencivengo find that Ms. Arellano played a minor role, and reduce her sentence on that basis.

Attached is a copy of my client's statement about the offense and her role, with some partially corroborating documents. Perhaps these materials will help you in evaluating Ms. Arellano's role and your own sentence recommendation.

Thank you.

Sincerely,

Stephen Edward Hoffman

enclosure

STATEMENT OF GRACIELA ARELLANO

I APOLOGIZE FOR MY CRIME. I PLED GUILTY BECAUSE I AM GUILTY AND SINCERELY REGRET WHAT I DID.

LAST YEAR, MY ELDERLY GRANDMOTHER IN TIJUANA ASKED ME TO HELP HER AND MY UNCLE WHO WAS SICK. AT THE TIME, I WAS NOT WORKING MUCH AT MY REGULAR BUS DRIVING JOB, BUT JUST DOING SOME UBER DRIVING.

I DROVE FROM MY HOME IN LOS ANGELES TO TIJUANA SEVERAL TIMES TO HELP MY GRANDMA WITH ERRANDS AND MEDICAL APPOINTMENTS AND TO HELP HER TAKE CARE OF MY UNCLE.

Unfortunately, my uncle died, and then we had a hard time making arrangements with the Mexican police and American customs to get permission to take his body to Los Angeles to get buried.

During this time, I had to go back and forth between my home in L.A. and Tijuana. A friend of my grandma's neighbor asked if I wanted to earn some money by taking some drugs back across the border. He said it would be easy and would pay me $2500. I was out of money and foolishly agreed.

A GUY IN TIJUANA TOOK MY CAR AND BROUGHT IT BACK A FEW HOURS LATER WITH THE DRUGS ALREADY HIDDEN INSIDE. I DIDN'T KNOW WHAT TYPE OR HOW MUCH IT WAS. THAT SAME DAY, I TRIED TO CROSS THE BORDER. THEY WERE SUPPOSED TO CALL ME AFTER I MADE IT ACROSS TO TELL ME WHERE TO DRIVE TO. BUT INSTEAD, I GOT ARRESTED AND NOW I'M IN JAIL AND ALSO GOING TO GET DEPORTED

    I AM SORRY FOR WHAT I DID AND APOLOGIZE AGAIN

        SINCERELY,

| LIBRO | ACTA | FECHA DE REGISTRO | |
|---|---|---|---|
| 06 | 03241 | 05/OCTUBRE/2015 | |

| ICIPIO O DELEGACION | | ENTIDAD FEDER |
|---|---|---|
| TIJUANA | | BAJA CALIFORN |

## DATOS DEL FINADO

MIGUEL ÁNGEL — COVARRUBIAS
**NOMBRE(S)** — **PRIMER APELLIDO** — SEGU

**ESTADO CIVIL:** SOLTERO  **NACIONALIDAD:** MEXICANA

**FECHA DE NACIMIENTO:** 15/ENERO/1959

DIAS   HORAS

ALBERTO EINTEIN NO. 282 POSTAL — TIJUANA

| | | MUNICIPIO |
|---|---|---|
| O: | TEPIC | TEPIC |
| | LOCALIDAD | MUNICIPIO |

E: ———————— **NACIONALIDAD:** ————

MIGUEL — COVARRUBIAS
**NOMBRE(S)** — **PRIMER APELLIDO** — SEG

IRENE — HERRERA
**NOMBRE(S)** — **PRIMER APELLIDO** — SEG

## DATOS DEL FALLECIMIENTO

UNCION: 02/10/2015   21:55:00 **LUGAR:** TIJUANA, B.C.

150022747   **DESTINO DEL CADAVER:** TRASLADO INTERNACIONA

N O CREMATORIO: LOS ANGELES CA.   ORDEN N

ENTO: EINSTEIN NO. 282 POSTAL

CION: ANOXEMIA POR BRONCOASPIRACION SECUNDARIA A SUSTANCIAS TOXICA A DETERMINAR

INDETERMINADO

QUE CERTIFICO LA DEFUNCION: DR. LUIS ENRIQUE HUIDOBRO DIAZ

ON FECHA 04 DE OCTUBRE DEL 2015 PARA SU TRASLADO DE ESTA CIUDAD D
ESTRE, OFICIO MP. 18130/15/20A A.P. 1735/15/20A/AP CON FECHA 02 DE OCTUBR

...ENTIDAD DE LA PERSONA QUIEN EN VIDA LLEVARA EL NOMBR...

...GUEL ANGEL COVARRUBIAS HERRERA

...QUE INGRESARA A ESTE SERVICIO MEDICO FORENSE CON EL NOMBR...

...GUEL ANGEL COVARRUBIAS HERRERA

| ...ALLECIMIENTO | EINSTEN " 282 COLONIA POSTAL |
| --- | --- |
| ...ICIO MEDICO ...EL DÍA: | 2 DE OCTUBRE DEL 2015  A LAS HORAS. |

...TIFICARON CON:

| ...E | 1109055908811 | TELÉFONO | 562-544- |
| --- | --- | --- | --- |
| ...ENTE | 6105251F306049 | TELÉFONO | 619-552- |

...JUANA BAJA CALIFORNIA A 3 DE OCTUBRE DEL 201...

ATENTAMENTE

DRA. MERCEDES QUIROZ PRADO
COORDINADORA DEL SEMEFO
ZONA TIJUANA

| | | | |
|---|---|---|---|
| Localidad: | TIJUANA | Municipio: | TIJUANA |
| Estado: | BAJA CALIFORNIA | País: | MEXICO |
| Cónyuge: | | Nacionalidad: | |
| Padre: | MIGUEL COVARRUBIAS | | |
| Madre: | IRENE HERRERA | | |

## FALLECIMIENTO

| | | | |
|---|---|---|---|
| Lugar: | TIJUANA, B.C. | Fecha: | 02/10/2015  21:55 |
| No certificado: | 150022747 | Destino cadaver: | TRASLADO INTERNACIO |
| Panteon: | LOS ANGELES CA. | No Orden: | 3241 |
| Ubicación: | LOS ANGELES CA. | | |
| Donde falleció: | EINSTEIN NO. 282 POSTAL | | |

| | |
|---|---|
| Causa: | ANOXEMIA POR BRONCOASPIRACION SECUNDARIA A SUSTANCIAS TOXICA A DETERMINAR |

| | | | |
|---|---|---|---|
| Médico: | DR. LUIS ENRIQUE HUIDOBRO DIAZ | Tipo Defunción: | INDETERMINADO |
| Domicilio: | BLVD FUNDADORES NO. 2479 COL JUAREZ | No. Cédula: | 2427838 |

## DECLARANTE

| | | | |
|---|---|---|---|
| Declarante: | ANGEL SORIANO GONZALEZ | Edad: | 44 |
| Domicilio: | PADRE KINO NO. 10102 ZONA RIO | Parentesco: | NINGUNO |
| Ocupación: | EMPLEADO | Nacionalidad: | MEXICANA |

## TESTIGOS

| | | | |
|---|---|---|---|
| Nombre: | JOE RENE MONTAÑO PAEZ | Edad: | 39 |
| Domicilio: | PADRE KINO NO. 10102 ZONA RIO | Parentesco: | NINGUNO |
| Ocupación: | EMPLEADO | Nacionalidad: | MEXICANA |
| Nombre: | JUAN ISRAEL ACOSTA APOLONIO | Edad: | 37 |
| Domicilio: | PADRE KINO NO. 10102 ZONA RIO | Parentesco: | NINGUNO |
| Ocupación: | EMPLEADO | Nacionalidad: | MEXICANA |

## FIRMAS

TESTIGO — JOE RENE MONTAÑO PAEZ

DECLARANTE — ANGEL SORIANO GONZALEZ

JUAN ISRAEL ACO

OFICIO ISESALUD S.N CON FECHA 04 DE OCTUBRE DEL 2015 PARA SU TRASLADO DE ESTA CIUDAD DE
LOS ANGELES CA VIA TERRESTRE, OFICIO MP. 18130/15/20A A.P. 1735/15/20A/AP CON FECHA 02 DE OC
2015.

CONSERVE CON CUIDADO ESTE DOCUMENTO
ES NECESARIO QUE LO PRESENTE PARA SO