UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>GRACIELA ARELLANO HERRERA,<br><br>Defendant/Petitioner. | Case nos. : 15cr2942-CAB<br>20cv1422-CAB<br><br>ORDER ON APPLICATION RE:<br>BRIEFING SCHEDULE |

    The Court has read and considered the Defendant's request to modify the existing briefing schedule (the "Application"). The Court finds good cause for the extension requested by counsel.

    IT IS HEREBY ORDERED that no later than September 19, 2020, the Defendant shall file her Reply to the government's opposition to her motion to vacate sentence.

    IT IS SO ORDERED.

Dated: 9/3/2020

_____
Hon. Cathy Ann Bencivengo
United Stated District Court Judge