NAME AND ADDRESS OF ATTORNEY

Andres Ortiz, Esq. (CA SBN 279239)
Andres Ortiz Law
320 Pine Ave., Suite 608
Long Beach, CA 90802

PHONE: (213) 298-1078

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE  Bencivengo                     COURT REPORTER  N/A

Graciela Arellano Hernandez

                                            CIVIL NO.  3:20-cv-01422-CAB

(Appellant/Appellee)        Plaintiff

                vs

USA                                         NOTICE OF APPEAL        (Civil)

(Appellant/Appellee)        Defendant

    Notice is hereby given that  Graciela Arellano Hernandez

  ✗   Plaintiff          Defendant above named, hereby appeals to the United States Court

of Appeals for the:    (check appropriate box)

  ✗   Ninth Circuit                                   Federal Circuit

from the:              (check appropriate box)

  ✗   Final Judgment                                  Order (describe)

entered in this proceeding on the ___7___ day of  December  20 20 .
Transcripts required           Yes        ✗    No.
Date civil complaint filed:         7/24/20              .

Date: 1/12/20                              /s/ Andres Ortiz
                                           Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)